### TOWNSHIP OF CHERRY HILL v.
### NEW JERSEY RACING COMMISSION.

January 14, 1975. Petition for certification denied. (See 131 *N. J. Super.* 482)

### STATE OF NEW JERSEY v. ALFRED COLE.

March 20, 1975. Petition for certification denied. (See 131 *N. J. Super.* 470)

### FRANK DeLARMI v. THE BOROUGH OF FORT LEE.

March 20, 1975. Petition for certification denied. (See 132 *N. J. Super.* 501)

### RUBY PINKNEY v. STATE OF NEW JERSEY,
### DEPARTMENT OF INSTITUTIONS AND AGENCIES.

March 20, 1975. Petition for certification granted.

### STATE OF NEW JERSEY v. DOROTHEA DUNN.

April 22, 1975. Petition for certification denied.

### DOMINICK CARTAINO v. STATE OF NEW JERSEY,
### TEACHERS' PENSION AND ANNUITY FUND.

April 22, 1975. Petition for certification denied.